IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Pierorazio, John V | Case Number: 05 B 10251 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 8/26/08 | Filed: 3/21/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 1, 2008
Confirmed: June 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 49,000.00 | |
| Secured: | | 22,156.25 |
| Unsecured: | | 12,087.73 |
| Priority: | | 10,488.76 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 2,537.80 |
| Other Funds: | | 29.46 |
| Totals: | 49,000.00 | 49,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 1,700.00 | 1,700.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Wolin-Levin Inc | Secured | 520.00 | 520.00 |
| 4. | Washington Mutual | Secured | 986.75 | 986.75 |
| 5. | CarMax Auto Finance | Secured | 19,774.25 | 19,774.25 |
| 6. | West Bank | Secured | 875.25 | 875.25 |
| 7. | Internal Revenue Service | Priority | 6,208.40 | 6,208.40 |
| 8. | Illinois Dept of Revenue | Priority | 4,280.36 | 4,280.36 |
| 9. | Illinois Student Assistance Commission | Unsecured | 1,318.99 | 1,318.99 |
| 10. | ECast Settlement Corp | Unsecured | 8,186.44 | 8,186.44 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 352.50 | 352.50 |
| 12. | Portfolio Recovery Associates | Unsecured | 1,511.02 | 1,511.02 |
| 13. | ECast Settlement Corp | Unsecured | 212.15 | 212.15 |
| 14. | Horseshoe Casino Hammond Corp | Unsecured | 400.00 | 400.00 |
| 15. | Illinois Dept of Revenue | Unsecured | 106.63 | 106.63 |
| 16. | Cook County Treasurer | Priority | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | City Of Chicago | Unsecured | | No Claim Filed |
| 19. | Head Neck | Unsecured | | No Claim Filed |
| 20. | Home Depot | Unsecured | | No Claim Filed |
| 21. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 22. | Rochester Big & Tall | Unsecured | | No Claim Filed |
| | | | $ 46,432.74 | $ 46,432.74 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Pierorazio, John V | Case Number: 05 B 10251 |
|---|---|
|  | Judge: Goldgar, A. Benjamin |
| Printed: 8/26/08 | Filed: 3/21/05 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 150.00 |
| 5.5% | 718.33 |
| 5% | 126.70 |
| 4.8% | 377.29 |
| 5.4% | 842.38 |
| 6.5% | 323.10 |
|  | _____ |
|  | $ 2,537.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

